Charles M. Lizza
William C. Baton
Sarah A. Sullivan
**SAUL EWING LLP**
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, New Jersey 07102
(973) 286-6700
(973) 286-6800
clizza@saul.com

*Attorneys for Plaintiff*
*Puma Biotechnology, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC,<br><br>                    Plaintiffs,<br><br>     v.<br><br>SANDOZ INC.,<br><br>                    Defendant. | Civil Action No. 21-19918 (RMB)(EAP)<br><br>(Filed Electronically) |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rules 41(a)(1) and 41(c) of the Federal Rules of Civil Procedure, Puma Biotechnology, Inc. and Wyeth LLC (together, "Plaintiffs") and Sandoz Inc. ("Defendant") hereby stipulate and agree that all claims, counterclaims, and affirmative defenses asserted by Plaintiffs and Defendant against each other in the above-captioned action are hereby dismissed without prejudice and without costs, disbursements, or attorneys' fees to any Party.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: December 15, 2022

s/ Charles M. Lizza
Charles M. Lizza
William C. Baton
Sarah A. Sullivan
**SAUL EWING LLP**
One Riverfront Plaza
1037 Raymond Blvd., Suite 1520
Newark, New Jersey 07102
(973) 286-6700
(973) 286-6800
clizza@saul.com

*Of Counsel*:

Jason G. Winchester (*pro hac vice*)
**JONES DAY**
77 West Wacker, Suite 3500
Chicago, Illinois 60601-1692
(312) 782-3939

Gasper J. LaRosa (*pro hac vice*)
Lisamarie LoGiudice (*pro hac vice*)
Unmesh Shah (*pro hac vice*)
**JONES DAY**
250 Vesey Street
New York, NY 10281
(212) 326-3939

Anthony M. Insogna
Meredith A. Stewart (*pro hac vice*)
**JONES DAY**
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
(858) 314-1130

*Attorneys for Plaintiff*
*Puma Biotechnology, Inc*

s/ Liza M. Walsh
Liza M. Walsh
William T. Walsh, Jr.
**WALSH PIZZI O'REILLY FALANGA LLP**
Three Gateway Center
100 Mulberry Street
15th Floor
Newark, NJ 07102
(973) 757-1100

*Of Counsel*:

Dimitrios Drivas (*pro hac vice*)
Sheryn George (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200

*Attorneys for Plaintiff*
*Wyeth LLC*

s/ Eric I. Abraham
Eric I. Abraham
HILL WALLACK, LLP
21 Roszel Road
Princeton, NJ 08543
609-734-6358

*Of Counsel*

William A. Rakoczy
Rachel Pernic Waldron
Conly S. Wythers
Adrianne C. Rose
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
(312) 527-2157

*Attorneys for Defendant*
*Sandoz Inc.*

- 3 -

**APPROVED AND SO ORDERED** this ___ day of _____, 2022.

                                                                                   _____
                                                                       THE HON. RENÉE MARIE BUMB, U.S.D.J.